# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3412

_____

MICHAEL TOMAS LEBRON
RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Frederick L. Koberlein, Jr., Judge.


June 18, 2026

PER CURIAM.

AFFIRMED.

KELSEY, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert L. Sirianni, Jr. of Brownstone, P.A., Winter Park, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.